**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Nakyanzi Kaluma, *on behalf of herself and all others similarly situated*, <br><br> Plaintiff, <br> v. <br><br> Portfolio Recovery Associates, <br><br> Defendants. | Civil Action No.: 1:15-cv-13880-WGY |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 16, 2016

                                                    Respectfully submitted,

                                                    PLAINTIFF, Nakyanzi Kaluma

                                                    */s/ Sergei Lemberg*

                                                    Sergei Lemberg, Esq.
                                                  B.B.O. No.: 650671
                                                  **LEMBERG LAW, L.L.C.**
                                                  43 Danbury Road, 3rd Floor
                                                  Wilton, CT 06897
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424
                                                  slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 16, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Andrew Schneiderman, Esq.
Ranen S. Schechner, Esq.
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109
*Attorneys for Defendant*

                                      By */s/ Sergei Lemberg*
                                          Sergei Lemberg, Esq.