# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

KALUMA
      Plaintiff

V.

PORTFOLIO RECOVERY ASSOC., LLC
      Defendant

CIVIL ACTION

NO. 1:15-cv-13880-WGY

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, DJ

The Court having been advised on 8/16/2016 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

August 24, 2016            /s/ Jennifer Gaudet
Date                                           Deputy Clerk